IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**VICTOR DYE AND LINDA DYE**                                                          **PLAINTIFFS**

**V.**                                                   **CIVIL ACTION NO.** 3:23-cv-487-DPJ-FKB

**DREAMAUTO LOGISTICS, INC.**
**EVGHENHII DANU, TAURUS AUTO**
**GROUP, INC., and ATTLAS CO.**                                   **DEFENDANTS**

### JOINT NOTICE OF REMOVAL

COME NOW the Defendants Dreamauto Logistics, Inc., Evghenhii Danu, Taurus Auto Group, Inc. and Attlas Co. and file this Joint Notice of Removal, hereby removing this action from the Circuit Court of Hinds County, Mississippi (First Judicial District) to the United States District Court for the Southern District of Mississippi (Northern Division) pursuant to 28 U.S.C. §§1332, 1441, and 1446. In support of this Notice of Removal, the Defendants show unto the Court the following:

### INTRODUCTION

1. On June 27, 2023, Plaintiffs Victor and Linda Dye ("Plaintiffs" or "The Dyes") filed a Complaint against the Defendants, styled *Victor Dye and Linda Dye, Plaintiffs vs. Dreamauto Logistics, Inc., Evghenhii Danu, Taurus Auto Group, Inc. and Attlas Co.*, in the Circuit Court of Hinds County, Mississippi (First Judicial District), bearing Cause No. 20-CV-366 on the docket of that Court. See Complaint, Exhibit A.

2. In this lawsuit, the Plaintiffs assert various causes of action for damages against the named Defendants arising from an August 28, 2021 automobile accident on Highway I-20 near milepost 18 in Hinds County, Mississippi.

## **COMPLIANCE WITH 28 U.S.C. §1441**

4. This is case is properly removable to the United States District Court for the Southern District of Mississippi (Northern Division), pursuant to 28 U.S.C. §1441(a), which provides, in pertinent part, as follows:

> Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

28 U.S.C. §1441(a).

5. The United States District Court for the Southern District of Mississippi (Northern Division) is the appropriate court for filing this Notice of Removal, because this Court embraces the Circuit Court of Hinds County, Mississippi, where this action was originally filed. 28 U.S.C. §1441(a), 28 U.S.C. §104(b)(3).

6. Defendants submit that the removal of this case is proper pursuant to 28 U.S.C. §1332(a) which provides in pertinent part, as follows:

> The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between - (1) citizens of different States . . . .

28 U.S.C. §1332(a)(1).

### a. Amount in Controversy

7. The Plaintiffs seek damages in excess of $75,000.00, inasmuch as they have asserted claims that Plaintiff Victor Dye sustained the following injuries and damages:

    a. Severe and permanent injuries to his lumbar, cervical and thoracic spine, tingling and numbness in his left hand and fingertips. He has undergone x-rays, a CT scan, an MRI

    study of the cervical and thoracic spine, Physical Therapy, TLSO brace, and other pain management.

b.  He has also suffered pain and mental anguish, lost wages, loss of enjoyment of life, medical expenses, economic loss, permanent disfigurement, and permanent disability.

c.  In the future he will suffer pain, mental anguish, aggravation of pre-existing conditions, lost wages, loss of enjoyment of life, medical expenses, economic loss, endure permanent disfigurement, and permanent disability.

Plaintiff Linda Dye claims that she sustained the following injuries and damages:

a.  Severe and permanent injuries to her lumbar spine, right knee full-thickness cartilage defect at the medial facet, left knee lateral meniscus tear, broken ribs, and contusive changes in the subcutaneous fat posterior midline pelvis. She has undergone x-rays, CT scans, several MRI studies, Patellofemoral Crepitus test, a positive McMurray Sign, lumbosacral orthosis (LSO) back brace, Physical Therapy, home exercise program, corticosteroid injections, Lumbar Epidural Steroid Injections, left knee arthroscopy with partial medial and partial lateral meniscectomy, and other pain management.

b.  She has also suffered pain and mental anguish, lost wages, loss of enjoyment of life, medical expenses, economic loss, permanent disfigurement, and permanent disability.

c.  In the future she will suffer pain, mental anguish, aggravation of pre-existing conditions, lost wages, loss of enjoyment of life, medical expenses, economic loss, endure permanent disfigurement, and permanent disability.

See Complaint, Exhibit A, ¶49-50.

8. Plaintiffs have also asserted claims for punitive damages. See Complaint, Exhibit A, ¶33, 51(c). To determine the amount in controversy, the Plaintiffs' claims for punitive damages may be aggregated with their claims for compensatory damages. See <u>Tubre v. Southern</u>, 2015 WL 13402817 (*2), No. 1:15-cv-10-LG-RHW (S.D. Miss. 03/20/2015).

9. Because of the nature and amount of Plaintiffs' claims for injuries and damages, this controversy exceeds the sum of value of $75,000, and removal is proper pursuant to 28 U.S.C. §1332(a)(1).

### b. Diversity

10. In addition, there is diversity between the parties pursuant to 28 U.S.C. §1332(a)(1).

11. The Plaintiffs are adult resident citizens of Sedgwick County, Wichita, Kansas. Complaint, Exhibit A, ¶4.

12. The Plaintiffs have alleged that the removing Defendants are non-resident citizens. Complaint, Exhibit A, at ¶5-12. Therefore, Defendants are citizens of different states from Plaintiffs and complete diversity of citizens exists among the parties to this action.

### c. Timeliness of Petition

13. This petition for removal is timely. Upon information and belief, suit was filed on June 22, 2023, and summonses have issued from the Circuit Court of Hinds County, Mississippi (First Judicial District) for all defendants in this lawsuit. See Exhibit A, attached hereto. Service of process is not a pre-requisite to removal, and a defendant is not required to wait until a plaintiff serves it with process in order to remove a case. <u>Andrews v. Mississippi Farm Bureau Cas. Ins. Co.</u>, 187 F. Supp 3d 749, 755 (S.D. Miss. 2016).

14. Because removal of this case is proper pursuant to 28 U.S.C. §1332, 1441, and 1446, the removing Defendants request this Court to retain jurisdiction over this case.

15. Immediately upon filing of this Notice of Removal, Defendants will file a copy of the Notice of Removal with the Clerk of the Circuit Court of Hinds County, Mississippi (First Judicial District), and will provide written notice to counsel for all adverse parties in accordance with 28 U.S.C. §1446(d).

16. A copy of the file relating to this case as maintained by the Circuit Clerk of Hinds County, Mississippi (First Judicial District), as of this date, is attached and marked as Exhibit B in accordance with 28 U.S.C. §1446(a).

17. Under the provisions of 28 U.S.C. §1441, and other applicable statutes, with which Defendants are in compliance, this action is removable to the United States District Court for the Southern District of Mississippi (Northern Division).

RESPECTFULLY SUBMITTED, this the 27th day of July, 2023.

UPSHAW, WILLIAMS, BIGGERS,
 & BECKHAM, LLP


By: */s/ Steven C. Cookston*
Patrick M. Tatum, MBN: 9852
Steven C. Cookston, MBN: 99137
Of Counsel to Defendants Dreamauto Logistics, Inc., Evghenhii Danue, Taurus Auto Group, Inc. and Attlas Co.

OF COUNSEL:

UPSHAW, WILLIAMS, BIGGERS
& BECKHAM, LLP
POST OFFICE DRAWER 8230
GREENWOOD, MISSISSIPPI 38935-8230
TEL:   (662) 455-1613
FAX:   (662) 453-92

## Certificate Of Service

I, Steven C. Cookston, hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

Michelle C. Le
Law Offices of Michelle C. Lee, PLLC
16170 Jones Maltsberger Rd.
Suite 108
San Antonio, TX 78247

This the 27th day of July, 2023.

/s/ Steven C. Cookston
Steven C. Cookston